SEYFARTH SHAW LLP
Jonathan L. Brophy (SBN 245223)
E-mail: jbrophy@seyfarth.com
Heather E. Horn (SBN 318242)
E-mail: hhorn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
THE TJX COMPANIES, INC.

ALTUS LAW FIRM
Sean Nguyen (SBN 206245)
Sean.nguyen@altuslawfirm.com
5 Park Plaza, Suite 200
Irvine, California 92614
Telephone: (949) 346-3391

Attorneys for Plaintiff
ALEJANDRA RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRA RAMIREZ, an individual, | Case No. 8:23-cv-02025 FWS (KESx) |
|---|---|
| Plaintiff, | Judge Fred W. Slaughter |
| v. | **JOINT NOTICE OF SETTLEMENT, PURSUANT TO LOCAL RULE 16-15.7, AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| THE TJX COMPANIES, INC., a Delaware Corporation; YOLANDA SANDOVAL; and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed May 19, 2023<br>Removal Filed October 30, 2023 |

JOINT NOTICE OF SETTLEMENT

315387608v.2

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Central District of California Local Rule 16-15.7, Plaintiff Alejandra Ramirez ("Plaintiff") and Defendant The TJX Companies, Inc. ("Defendant," collectively with Plaintiff, the "Parties") have reached an agreement to settle the subject lawsuit filed by Plaintiff.

The Parties have executed a settlement agreement to memorialize the terms of the settlement. The Parties anticipate filing a Joint Stipulation for Dismissal With Prejudice of the entire action, pursuant to Federal Rule of Civil Procedure 41, within the next 60 days.

In light of the Parties' settlement, the Parties respectfully request that the Court vacate all current dates, including any pending motion or discovery deadlines, so that they may complete conditions precedent before filing the Joint Stipulation For Dismissal.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 30, 2024          SEYFARTH SHAW LLP

By: */s/ Jonathan L. Brophy*
Jonathan L. Brophy
Heather E. Horn

Attorneys for Defendant THE TJX COMPANIES, INC.

DATED: December 30, 2024          ATLUS LAW FIRM

By: */s/ Sean Nguyen*
Sean Nguyen

Attorneys for Plaintiff
ALEJANDRA RAMIREZ