SEYFARTH SHAW LLP
Jonathan L. Brophy (SBN 245223)
E-mail: jbrophy@seyfarth.com
Heather E. Horn (SBN 318242)
E-mail: hhorn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
THE TJX COMPANIES, INC.

ALTUS LAW FIRM
Sean Nguyen (SBN 206245)
Sean.nguyen@altuslawfirm.com
5 Park Plaza, Suite 200
Irvine, California 92614
Telephone: (949) 346-3391

Attorneys for Plaintiff
ALEJANDRA RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA RAMIREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., a Delaware Corporation; YOLANDA SANDOVAL; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:23-cv-02025 FWS (KESx)<br><br>Judge Fred W. Slaughter<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(Orange County Superior Court Case No. 30-2023-01326441-CU-WT-NJC)<br><br>Complaint Filed May 19, 2023<br>Removal Filed October 30, 2023 |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

316051055v.2

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Alejandra Ramirez and Defendant The TJX Companies, Inc., by and through their counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear its own fees and costs. The Parties jointly request that the Court amend its December 30, 2024 Order Dismissing Action On Notice of Settlement Without Prejudice to Dismissal With Prejudice pursuant to the Parties' settlement agreement.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED**.


DATED: February 13, 2025         SEYFARTH SHAW LLP


                                 By: */s/ Jonathan L. Brophy*
                                     Jonathan L. Brophy
                                     Heather E. Horn
                                 Attorneys for Defendant THE TJX COMPANIES, INC.


DATED: February 13, 2025         ATLUS LAW FIRM


                                 By:  /s/ *Sean Nguyen*
                                     Sean Nguyen
                                 Attorneys for Plaintiff
                                 ALEJANDRA RAMIREZ