**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA RAMIREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., a Delaware Corporation; YOLANDA SANDOVAL; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:23-cv-02025 FWS-KES<br><br>Judge Fred W. Slaughter<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [17]**<br><br>(Orange County Superior Court Case No. 30-2023-01326441-CU-WT-NJC)<br><br>Complaint Filed May 19, 2023<br>Removal Filed October 30, 2023 |

///

///

///

Having reviewed and considered the Joint Stipulation of Dismissal with Prejudice [17] ("Stipulation"), between Plaintiff Alejandra Ramirez and Defendant The TJX Companies, Inc., the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The court amends its December 30, 2024, Order Dismissing Action on Notice of Settlement Without Prejudice [16] to **Dismissal with Prejudice** pursuant to the Parties' settlement agreement. Accordingly, the above-captioned case is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own fees and costs.

DATED: February 14, 2025

Hon. Fred. W. Slaughter
UNITED STATES DISTRICT JUDGE